IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ONYX THERAPEUTICS, INC., | ) | C.A. No. 16-988 (LPS) |
| | ) | (CONSOLIDATED FOR DISCOVERY |
| Plaintiff, | ) | PURPOSES) |
| | ) | |
| v. | ) | C.A. No. 16-1013 (LPS) (related case) |
| | ) | C.A. No. 17-1235 (LPS) (related case) |
| CIPLA LIMITED, et al., | ) | |
| | ) | REDACTED - |
| Defendants. | ) | PUBLIC VERSION |

## JOINT STIPULATION OF DISMISSAL OF ACTION

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

SMITH, KATZENSTEIN & JENKINS, LLP
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants Qilu Pharma, Inc. and Qilu Pharmaceutical Co., Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ONYX THERAPEUTICS, INC., | ) | C.A. No. 16-988 (LPS) |
| | ) | (CONSOLIDATED FOR DISCOVERY |
| Plaintiff, | ) | PURPOSES) |
| | ) | |
| v. | ) | C.A. No. 16-1013 (LPS) (related case) |
| | ) | C.A. No. 17-1235 (LPS) (related case) |
| CIPLA LIMITED, et al., | ) | |
| | ) | REDACTED - |
| Defendants. | ) | PUBLIC VERSION |

## JOINT STIPULATION OF DISMISSAL OF ACTION

Plaintiff Onyx Therapeutics, Inc. ("Onyx") and Defendants Qilu Pharma, Inc. and Qilu Pharmaceutical Co., Ltd. (collectively, "Qilu") (together with Plaintiff, "the Parties") hereby stipulate as follows:

WHEREAS Qilu filed with the United States Food and Drug Administration ("FDA") its Abbreviated New Drug Application ("ANDA") No. 209528 for generic carfilzomib 60 mg lyophilized powder for reconstitution and for intravenous administration ("ANDA No. 209528 Product");

WHEREAS ANDA No. 209528 contained a certification pursuant to 21 U.S.C. § 505(j)(2)(A)(vii)(IV) that the claims of U.S. Patent Nos. 7,737,112 ("the '112 patent); 7,417,042 ("the '042 patent"); 7,232,818 ("the '818 patent); 7,491,704 ("the '704 patent"); 8,129,346 ("the '346 patent"); 8,207,125 ("the '125 patent"); 8,207,126 ("the '126 patent"); 8,207,127 ("the '127 patent"); and 8,207,297 ("the '297 patent") are invalid, unenforceable, and/or not infringed by Qilu's ANDA No. 209528 Product;

WHEREAS Onyx brought this suit against Qilu charging Qilu with infringement of the '112 patent, the '042 patent, the '818 patent, the '704 patent, the '346 patent, the '125 patent, the '126 patent, the '127, and the '297 patent (collectively, "the Patents-in-Suit"); and

███████████████████████████████████

███████████████████████████████████

███████████████████████

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Onyx and Qilu, subject to the approval of this Court, as follows:

1. ███████████████████████████████████
███████████████████████████████████
███████████████████████████

2. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

3. In reliance on Qilu's aforementioned representation and agreements, Onyx consents, agrees and stipulates to dismiss claims alleging infringement of the Patents-in-Suit by Qilu's ANDA No. 209528 Product or ANDA No. 209528.

4. The Parties agree that all of Onyx's claims of infringement are hereby dismissed, without prejudice.

5. The Parties agree that all of Qilu's counterclaims against Onyx are hereby dismissed, without prejudice.

6. ███████████████████████████████████
███████████████████████

7. Each party shall be responsible for its own fees, costs, and expenses in connection with the claims dismissed by this stipulation.

STIPULATED AND AGREED TO:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| */s/ Maryellen Noreika* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Qilu Pharma, Inc. and Qilu Pharmaceutical Co., Ltd.* |
| OF COUNSEL:<br><br>Lisa B. Pensabene<br>Margaret O'Boyle<br>Carolyn Wall<br>Eberle Schultz<br>Jenny Liu<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>Wendy A. Whiteford<br>Erica S. Olson<br>Brian Kao<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-1000 | OF COUNSEL:<br><br>Jing Xia<br>Philip Braginsky<br>TARTER KRINSKY & DROGIN LLP<br>1350 Broadway<br>New York, NY 10018<br>(212) 216-8000 |

SO ORDERED this _____ day of February 2018.

_____
J.